**Order entered April 21, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00343-CV

## IN THE INTEREST OF N.T., A CHILD

**On Appeal from the 256th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-04-10316-Z**

## ORDER

Because this is an accelerated appeal in a parental termination case, we **GRANT** court reporter Glenda E. Finkley's April 20, 2015 extension request to the extent we **ORDER** the reporter's record be filed no later than May 1, 2015. *See* TEX. R. APP. P. 35.3(c). If necessary, the trial court must arrange for a substitute reporter. *See id.* 28.4(b)(1).

We **DIRECT** the Clerk of the Court to send a copy of this order to the Honorable David Lopez, Presiding Judge of the 256th Judicial District Court; Ms. Finkley; and the parties.

/s/     CRAIG STODDART
            JUSTICE